**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AS SUBROGEE OF THOMAS DOUGHERTY AND DIANE DOUGHERTY,<br><br>    Plaintiff,<br>  v.<br><br>U-LINE CORPORATION and NIDEC MOTOR CORPORATION,<br><br>    Defendants. | Civil No. 13-3203 (NLH/AMD)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  1st  day of  October , 2013

ORDERED that defendants' motions to dismiss plaintiff's complaint [3, 5] are GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court is directed to mark this matter as CLOSED; it is further

ORDERED that plaintiff shall have thirty days from the date of this Order to file an amended complaint.


At Camden, New Jersey

 s/ Noel L. Hillman 
NOEL L. HILLMAN, U.S.D.J.